UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GILBERTO LOPEZ,<br><br>                   Plaintiff,<br><br>    vs.<br><br>DSHS; JOHN CLAYTON,<br>Assistant Secretary,<br><br>                   Defendants. | NO.  CV-12-3053-EFS<br><br>**ORDER DISMISSING COMPLAINT AND CLOSING FILE** |

By Order filed November 14, 2012, the Court advised Plaintiff Gilberto Lopez of the deficiencies of his Complaint and granted him leave to amend. ECF No. 5. He is proceeding *pro se* and *in forma pauperis*; Defendants have not been served.

In his Complaint, Plaintiff alleged a number of claims against Defendants, including 1) a claim for declaratory judgment establishing Plaintiff's United States citizenship, 2) a claim that Defendants acted ultra vires in determining Plaintiff's citizenship for the purpose of determining eligibility for receipt of public benefits, 3) a procedural due process claim arising from Plaintiff's benefits-termination hearing, and 4) a claim that Defendants improperly relied on insufficient evidence in terminating Plaintiff's public assistance benefits.

With respect to the first cause of action, the Court found that Plaintiff validly stated a claim but that he named an improper defendant; thus, the Court found that he failed to state a claim upon

ORDER DISMISSING COMPLAINT  -- 1

which relief could be granted.  Similarly, the Court found that the second cause of action also failed to state a claim upon which relief could be granted.  As to the third and fourth claims, the Court found that Plaintiff pled insufficient facts to support his claims, but that if given the opportunity to amend his Complaint, he could rectify that failure.

Although the Court provided Plaintiff with sixty (60) days to amend his Complaint, Plaintiff did not do so.  Therefore, for the reasons set forth in the Court's prior Order, ECF No. 5, the Court now dismisses Plaintiff's Complaint.  **The Court certifies any appeal of this dismissal would not be taken in good faith.**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Complaint, **ECF No. 5**, is **DISMISSED WITH PREJUDICE.**
2. The Clerk's Office is directed to **ENTER JUDGMENT** in favor of Defendants.
3. All pending hearings, deadlines, and motions are **STRICKEN**.
4. This file shall be **CLOSED.**

**IT IS SO ORDERED**.  The Clerk's Office is directed to enter this Order and provide copies to Plaintiff at his last known address.

**DATED** this 16th day of January 2013.

                                S/ Edward F. Shea
                                EDWARD F. SHEA
                     Senior United States District Judge

Q:\EFS\Civil\2012\3053.dismiss.close.lc2.wpd

ORDER DISMISSING COMPLAINT -- 2