AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

GILBERTO LOPEZ,

    Plaintiff,

v.

DSHS; JOHN CLAYTON, Assistant Secretary,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-3053-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Order Dismissing Complaint and Closing File entered on January 17, 2013, ECF No. 6.

01/17/2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas